**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRENDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-01289-CB |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| HOLDINGS ACQUISITION COMPANY L.P., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff's Motion to Remand (Doc. 13) will be granted. Named as a Defendant in the Amended Complaint (Doc. 12) is Gaming & Leisure Properties, Inc. *See id.* at ¶ 2. Although the Amended Complaint alleges only that the company transacts business in Pennsylvania, *see id.*, its "Disclosure of Citizenship" form (Doc. 20) indicates that its place of incorporation is Pennsylvania. *Id.* As such, there is no diversity of citizenship between it and Plaintiff, who is domiciled in Pennsylvania. Doc. 12 at ¶ 1. Plaintiff's Motion to Remand (**Doc. 13**) – therefore – is **GRANTED**, and this case is **REMANDED FORTHWITH** to the Court of Common Pleas of Westmoreland County, Pennsylvania (25CI03576).

IT IS SO ORDERED.

September 21, 2026

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record